# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:07 cr 34

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| LARRY JAMES MILLER, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS CAUSE came on to be heard before the undersigned, pursuant to two orders entered by this court, one being an Amended Order (#18) and the other being an Order (#20) both directing that an inquiry be made as to whether or not the defendant is receiving appropriate medications as was directed in a Mental Status Evaluation filed in this matter. It appearing to the court from information provided by Lee Banks, Deputy United States Marshal, in open court that the defendant has been evaluated and seen by either a physician or psychologist and medications have been prescribed by the physician for the defendant and those medications are being administered to the defendant at the detention facility.

# ORDER

IT IS, THEREFORE, **ORDERED** that the report of Deputy Marshal Banks is hereby approved and this matter is rescheduled for further hearings in this matter on

**May 16, 2008** in Bryson City, NC to determine whether or not to go forward with the Rule 11 proceeding previously scheduled in this matter.

Signed: April 16, 2008

Dennis L. Howell
United States Magistrate Judge